# EXHIBIT 3

| # | Issuer | Date | Transaction Type | Principal Amount | Interest Rate | Amount Converted | Shares Converted/ Warrant Shares | Notes |
|---|---|---|---|---|---|---|---|---|
| 1 | AB International Group Corp. (ABQQ) | 9/1/20 | Note | $75,000.00 | 10% | | | |
| 2 | Accelerated Pharma, Inc. | 1/30/17 | Note | $345,000.00 | 2% | | | |
| 3 | Adial Pharmaceuticals, LLC (ADIL) | 5/1/17 | Note | $287,500.00 | 2% | | | |
| 4 | Amazing Energy Oil & Gas, Co. (AMAZ) | 9/18/19 | Note | $250,000.00 | 12% | | | |
| | | 9/18/19 | Share Issuance | | | | 1,875,000 | |
| | | 1/31/02 | Conversion | | | $210,299.00 | 5,000,000 | |
| 5 | American Housing Income Trust, Inc. (CXBS) | 4/17/17 | Note | $525,000.00 | 2% | | | |
| | | 4/17/17 | Warrant | | | | 787,500 | Exercise Price: $.50/share |
| 6 | American International Holdings Corp. (AMIH) | 4/30/20 | Note | $105,000.00 | 8% | | | |
| 7 | Apotheca Biosciences, Inc. | 10/3/18 | Note | $300,000.00 | 5% | | | |
| | | 10/3/18 | Warrant | | | | 480,000 | Exercise Price: $.3125/share |
| | | 1/18/19 | Note | $150,000.00 | 5% | | | |
| 8 | Applied BioSciences Corp. (APPB) | 9/4/19 | Note | $500,000.00 | 12% | | | |
| 9 | Applied Minerals, Inc. (AMNL) | 2/13/20 | Note | $250,000.00 | 5% | | | Convertible Price: 0.02 |
| | | 11/1/20 | Conversion | | | $40,504.00 | 8,300,000 | |
| 10 | Arista Financial Corp (ARST) | 9/7/18 | Note | $137,500.00 | 8% | | | |
| | | 9/7/18 | Warrant | | | | 50,000 | Exercise Price: $1.25/share |
| 11 | BioLargo, Inc. (BLGO) | 1/16/18 | Note | $150,000.00 | 5% | | | |
| 12 | Bioxytran, Inc. (BIXT) | 11/20/19 | Note | $125,000.00 | 4% | | | Convertible Price: 0.80/share |
| | | 11/20/19 | Warrant | | | | 50,000 | Exercise Price: $2.00/share |
| 13 | Black Bird Biotech, Inc. (BBBT) | Sept. 2021 | Note | $250,000.00 | | | | |
| 14 | Blox, Inc. (BLXX) | 8/9/19 | Note | $75,000.00 | 5% | | | |
| | | 8/9/19 | Warrant | | | | 555,555 | Exercise Price: $.0135/share |
| 15 | BOQI International Medical, Inc. (BIMI) | 2/13/20 | Note | $200,000.00 | 6% | | | |
| 16 | Breathe Ecig Corp. | 7/2/15 | Warrant | | | | 4,000,000 | Exercise Price: $.20/share |
| 17 | BrewBilt Brewing Co (BRBL) | 3/8/21 | Note | $300,000.00 | 12% | | | |
| 18 | Cachet Financial Solutions, Inc. | 12/22/16 | Note | $550,000.00 | 5% | | | |
| | | 12/22/16 | Warrant | | | | 89,110 | Exercise Price: 5.55/share |
| 19 | Canna Corporation (MPGR) | 9/11/18 | Note | $210,000.00 | 5% | | | |
| 20 | Canbiola Inc, / Can B Corp. (CANB) | 1/3/20 | Note | $550,000.00 | 12% | | | |
| 21 | Cannagistics, Inc. (CNGT) | 8/5/21 | Note | $500,000.00 | 0% | | | |
| 22 | Cipherloc Corp. (CLOK) | 9/26/17 | Note | $330,000.00 | 5% | | | |
| | | 9/26/17 | Warrant | | | | 165,000 | Exercise Price: $4.50/share |

| # | Issuer | Date | Transaction Type | Principal Amount | Interest Rate | Amount Converted | Shares Converted/ Warrant Shares | Notes |
|---|---|---|---|---|---|---|---|---|
| 23 | Clean Energy Technologies, Inc. (CETY) | 10/14/20 | Note | $168,000.00 | 8% | | | Convertible Price: 0.02 |
| | | 10/14/20 | Warrant | | | | 1,500,000 | Exercise price: 0.001/share |
| | | 10/14/20 | Warrant | | | | 1,250,000 | Exercise price: 0.001/share |
| | | 5/28/21 | Share Issuance | | | | 546,468 | |
| 24 | CLS Holdings USA, Inc. (CLSH) | 11/15/17 | Note | $363,000.00 | 5% | | | Exercise price: 0.40 |
| | | 11/15/17 | Warrant | | | | 350,000 | Exercise price: 0.75/share |
| | | 11/15/17 | Warrant | | | | 250,000 | |
| | | 5/9/18 | Warrant | | | | 25,000 | |
| 25 | DarkPulse, Inc. (DPLS) | 9/24/18 | Note | $247,500.00 | 8% | | | |
| | | 4/26/21 | Note | $825,000.00 | 10% | | | |
| | | 7/26/21 | Note | $825,000.00 | 10% | | | |
| 26 | Defense Technologies International Corp. (DTII) | 7/18/16 | Note | $189,000.00 | | | | |
| | | 8/9/17 | Share Issuance | | | | 8,667 | |
| 27 | Digerati Technologies, Inc. (DTGI) | 5/30/18 | Note | $305,555.56 | 6% | | | |
| | | 5/30/18 | Share Issuance | | | | 125,000 | |
| | | 11/21/18 | Share Issuance | | | | 85,000 | |
| | | 1/3/19 | Conversion | | | $15,000.00 | 218,181 | |
| | | 1/11/19 | Conversion | | | $30,000.00 | 427,972 | |
| 28 | Digility Money Group, Inc. | 12/1/16 | Note | $550,000.00 | 5% | | | |
| 29 | Digital Brands Group, Inc. (DBGI) | 10/1/21 | Note | $1,575,000.00 | 6% | | | |
| | | 11/16/21 | Note | $2,625,000.00 | 6% | | | |
| 30 | DigitalTown, Inc. (DGTW) | 7/10/18 | Note | $183,750.00 | 10% | | | |
| | | 7/10/18 | Share Issuance | | | $8,010.00 | 90,000 | |
| | | 1/11/19 | Conversion | | | $10,000.00 | 1,086,065 | |
| | | 2/7/19 | Conversion | | | $10,000.00 | 1,930,783 | |
| | | 2/21/19 | Conversion | | | $10,565.00 | 3,500,000 | |
| | | 3/6/19 | Conversion | | | $10,431.00 | 4,700,000 | |
| | | 3/18/19 | Conversion | | | $10,230.00 | 5,000,000 | |
| | | 3/25/19 | Conversion | | | $11,328.00 | 6,000,000 | |
| | | 3/29/19 | Conversion | | | $11,938.00 | 8,000,000 | |
| | | 4/8/19 | Conversion | | | $6,600.00 | 6,000,000 | |
| | | 5/9/19 | Conversion | | | $6,204.00 | 9,500,000 | |
| | | 5/14/19 | Conversion | | | $7,313.00 | 10,900,000 | |
| | | 5/16/19 | Conversion | | | $6,812.00 | 12,400,000 | |
| | | 5/20/19 | Conversion | | | $4,920.00 | 14,100,000 | |
| | | 5/21/19 | Conversion | | | $9,276.00 | 24,300,000 | |

| # | Issuer | Date | Transaction Type | Principal Amount | Interest Rate | Amount Converted | Shares Converted/ Warrant Shares | Notes |
|---|---|---|---|---|---|---|---|---|
| | | 5/23/19 | Conversion | | | $12,478.00 | 31,200,000 | |
| | | 5/24/19 | Conversion | | | $11,353.00 | 34,300,000 | |
| | | 5/28/19 | Conversion | | | $7,584.00 | 36,000,000 | |
| | | 6/13/19 | Conversion | | | $9,780.00 | 45,000,000 | |
| | | 6/17/19 | Conversion | | | $10,756.00 | 49,000,000 | |
| | | 6/18/19 | Conversion | | | $7,767.00 | 49,000,000 | |
| | | 6/26/19 | Conversion | | | $4,656.00 | 48,000,000 | |
| | | Q1-2 2020 | Conversion | | | $149,426.00 | 393,400,000 | |
| 31 | Edison Nation, Inc. (EDNT) | 3/6/19 | Note | $560,000.00 | 2% | | | |
| | | 6/17/19 | Share Issuance | | | | 15,000 | |
| 32 | Elite Performance Holding Corp. | 12/10/18 | Note | $157,500.00 | 5% | | | |
| 33 | Emerald Medical Applications Corp. (VBIX) | 7/7/16 | Note | $100,000.00 | 8% | | | Convertible Price: 0.40 |
| | | 7/7/16 | Warrant | | | | 250,000 | Exercise Price: 0.735 |
| | | 7/7/16 | Warrant | | | | 250,000 | Exercise Price: 0.735 |
| 34 | Evio, Inc. (EVIO) | 8/20/18 | Note | $750,000.00 | 5% | | | |
| | | 9/6/19 | Share Issuance | | | | 1,000,000 | |
| 35 | Ethema Health Corp. (GRST) | 3/5/19 | Note | $200,000.00 | 5% | | | |
| | | 10/29/20 | Note | $137,500.00 | 6.5% | | | |
| 36 | eWellness Healthcare Corp (EWLL) | 12/7/15 | Note | $275,000.00 | 8% | | | |
| 37 | Foothills Exploration, Inc. (FTXP) | 11/17/17 | Note | $267,500.00 | 8% | | | |
| | | 3/4/19 | Note | $705,882.00 | 10% | | | |
| | | 3/4/19 | Warrant | | | | 1,125,000 | Exercise Price: 0.5/share |
| | | 9/29/17 | Warrant | | | | 375,000 | Exercise Price: 0.665/share |
| | | 9/29/17 | Warrant | | | | 375,000 | Exercise Price: 1.25/share |
| | | 9/29/17 | Warrant | | | | 185,000 | Exercise Price: 2.00 |
| 38 | Friendable, Inc. (FDBL) | 3/9/21 | Note | $110,000.00 | 10% | | | Conversion Price: 0.01/share |
| | | 3/9/21 | Warrant | $66,500.00 | | | 3,500,000 | Exercise Price: 0.025/share |
| 39 | Generation Alpha, Inc. (GNAL) | 10/24/17 | Warrant | | | | 283,140 | Exercise Price: 1.25/share |
| | | 11/1/17 | Warrant | | | | 166,860 | Exercise price: 1.00/share |
| 40 | Generex Biotechnology Corp (GNBT) | 1/28/19 | Note | $750,000.00 | 10% | | | |
| | | 2/15/19 | Note | $750,000.00 | 10% | | | |
| | | 6/25/20 | Note | $150,000.00 | 12% | | | |
| 41 | Global Fiber Technologies | 6/15/18 | Note | $112,238.00 | 5% | | | |

| # | Issuer | Date | Transaction Type | Principal Amount | Interest Rate | Amount Converted | Shares Converted/ Warrant Shares | Notes |
|---|---|---|---|---|---|---|---|---|
| | | 6/15/18 | Warrant | | | | 112,238 | Exercise Price: 0.35/share |
| 42 | Global Wholehealth Partners Corp (GWHP) | 6/18/21 | Note | $275,000.00 | 12% | | | |
| | | 6/18/21 | Warrant | | | | 165,000 | Exercise Price: $.50/share |
| | | 8/27/21 | Note | $385,000.00 | 12% | | | |
| | | 8/27/21 | Warrant | | | | 330,000 | Exercise Price: $.50/share |
| 43 | Greater Cannabis Company, Inc. (GCAN) | 3/11/21 | Note | $545,000.00 | 6% | | | |
| | | 3/11/21 | Warrant | | | | 25,000,000 | Exercise Price: $.025/share |
| | | 3/11/21 | Warrant | | | | 15,000,000 | Exercise Price: $.05/share |
| | | 3/11/21 | Warrant | | | | 10,000,000 | Exercise Price: $.075/share |
| | | 3/15/21 | Note | $545,999.00 | 6% | | | |
| 44 | Greenpro Capital Corp. (GRNQ) | 10/13/20 | Note | $560,000.00 | 10% | | | |
| 45 | Greenwood Hall, Inc. (ELRN) | Dec. 2015 | Note | $275,000.00 | | | | |
| | | Dec. 2015 | Warrant | | | | 250,000 | Exercise Price: $.01/share |
| 46 | Grom Social Enterprises, Inc. (GRMM) | 3/11/21 | Note | $300,000.00 | 12% | | | |
| | | 3/11/21 | Warrant | | | | 3,750,000 | Exercise Price: $.06/share |
| | | 6/17/21 | Conversion | | | $336,000.00 | 175,000 | |
| 47 | Growlife, Inc. (PHOT) | 10/12/20 | Note | $156,601.50 | 12% | | | |
| | | 12/31/20 | Note | $156,602.00 | 12% | | | |
| 48 | H/Cell Energy Corp (HCCC) | 10/17/19 | Note | $110,000.00 | 8% | | | |
| | | 1/15/20 | Note | $85,250.00 | 8% | | | |
| | | 5/18/18 | Conversion | | | $15,450.00 | 100,000 | |
| 49 | Hip Cuisine Inc. (HLTY) | 3/8/18 | Note | $160,500.00 | 2% | | | |
| 50 | Home Bistro, Inc. (GRTD, HBIS) | 12/28/20 | Note | $172,000.00 | 12% | | | |
| 51 | Inception Mining Inc. (IMII) | 11/3/15 | Share Issuance | | | | 250,000 | |
| 52 | Incumaker, Inc. | 11/7/18 | Note | $220,000.00 | 8% | | | |
| 53 | Indoor Harvest Corp. (INQD) | 3/22/16 | Note | $136,250.00 | 3% | | | |
| | | 9/26/16 | Note | $225,500.00 | 8% | | | |
| | | 9/26/16 | Warrant | | | | 250,000 | Exercise Price: $.30/share |
| | | 10/19/16 | Note | $137,500.00 | 8% | | | |
| | | 12/14/16 | Note | $137,500.00 | 10% | | | |
| 54 | Ionix Technology, Inc. (IINX) | 9/11/19 | Note | $165,000.00 | 5% | | | |
| | | 9/1/20 | Conversion | | | $10,200.00 | 75,000 | |
| | | 9/14/20 | Conversion | | | $13,550.00 | 350,000 | |
| | | 10/9/20 | Conversion | | | $31,000.00 | 2,500,000 | |

| # | Issuer | Date | Transaction Type | Principal Amount | Interest Rate | Amount Converted | Shares Converted/ Warrant Shares | Notes |
|---|---|---|---|---|---|---|---|---|
|  |  | 10/16/20 | Conversion |  |  | $14,100.00 | 1,200,000 |  |
|  |  | 10/29/20 | Conversion |  |  | $31,000.00 | 2,500,000 |  |
|  |  | 12/21/20 | Share Issuance |  |  |  | 1,500,000 |  |
|  |  | 7/5/21 | Note | $500,000.00 | 5% |  |  |  |
|  |  | 7/8/21 | Share Issuance |  |  |  | 1,342,000 | 1041370 |
| 55 | Kinerjaypay Corp. (KPAY) | 1/30/19 | Note | $131,250.00 | 10% |  |  |  |
|  |  | 1/4/18 | Warrant Exercised |  |  | $100,000.00 | 100,000 |  |
| 56 | Kiwa Bio-tech Products Group Corp. (KWBT) | 9/19/19 | Note | $100,000.00 | 12% |  |  |  |
|  |  | 9/19/19 | Share Issuance |  |  |  | 83,333 |  |
| 57 | Major League Football, Inc. (MLFB) | 8/3/21 | Note | $750,000.00 | 12% |  |  |  |
| 58 | Marijuana Company of America, Inc. (MCOA) | 7/10/21 | Note | $268,750.00 | 12% |  |  |  |
|  |  | 7/10/21 | Warrant |  |  |  | 38,174,715 | Exercise Price: 0.00704/share |
| 59 | Multimedia Platforms, Inc. | 12/16/15 | Note | $176,000.00 |  |  |  |  |
|  |  | 12/15/15 | Warrant |  |  |  | 176,000 | Exercise Price: $.40/share |
|  |  | 6/16/16 | mendment to Warrant |  |  |  | 400,000 | Exercise Price: 0.3/Share |
| 60 | NanoFlex Power Corp (OPVS) | 12/15/17 | Note | $135,000.00 | 12% |  |  |  |
|  |  | 12/15/17 | Warrant |  |  |  | 100,000 | Exercise Price: $.50/share |
|  |  | 6/5/08 | Note | $128,000.00 | 12% |  |  |  |
| 61 | NuLife Sciences, INc. (GWSN) | 9/12/17 | Note | $82,500.00 | 5% |  |  |  |
| 62 | Petrone Worldwide, Inc. (PFWIQ) | 12/28/15 | Note | $230,000.00 | 7% |  |  | Convertible Price: 0.5/share |
| 63 | PHI GROUP INC (PHIL) | 9/27/21 | Note | $275,000.00 | 12% |  |  |  |
| 64 | PreCheck Health Services, Inc. (HLTY) | 10/17/18 | Note | $120,000.00 | 0% |  |  |  |
| 65 | RDE, Inc. (UBID) | 11/7/2018 | Note | $220,000.00 |  |  | 5,250,000 | Exercise Price: 0.05/share |
| 66 | REGI U.S., Inc. (RGUS) | 4/12/18 | Note | $162,000.00 | 2% |  |  |  |
| 67 | Resonate Blends, Inc. (KOAN) | 7/20/20 | Note | $225,000.00 | 8% |  |  | Convertible Price: 0.10/share |
| 68 | RespireRx Pharmaceuticals Inc. (RSPI) | 8/19/19 | Note | $55,000.00 | 10% |  |  |  |
|  |  | 8/19/19 | Warrant |  |  |  | 150,000 | Exercise Price: $0.50/share |
|  |  | 2/17/21 | Note | $112,000.00 | 10% |  |  |  |
|  |  | 7/2/20 | Note | $137,500.00 | 10% |  |  |  |
|  |  | 7/2/20 | Warrant |  |  |  | 6,875,000 | Exercise Price: $.007/share |
|  |  | 6/30/21 | Warrant |  |  |  | 600,000 | Exercise Price: $.02/share |
| 69 | Rokk3r Inc. / Eight Dragons Co. (ROKK) | 4/27/17 | Note | $330,000.00 | 1% |  |  |  |
|  |  | 6/15/18 | Share Issuance |  |  |  | 1,000,000 |  |
| 70 | Simaltus Corp (SIML) | 3/8/21 | Note | $300,000.00 | 12% |  |  |  |

| # | Issuer | Date | Transaction Type | Principal Amount | Interest Rate | Amount Converted | Shares Converted/ Warrant Shares | Notes |
|---|---|---|---|---|---|---|---|---|
| 71 | Simplicity ESports & Gaming Co. (WINR) | 8/7/20 | Note | $333,333.33 | 12% | | | |
| | | 3/10/21 | Note | $560,000.00 | 12% | | | |
| | | 6/11/21 | Note | $1,266,666.67 | 12% | | | |
| | | 9/17/21 | Warrant | | | | 40,000 | |
| | | 10/1/21 | Warrant | | | | 40,000 | Exercise Price: $10.73/share |
| 72 | Solis Tek, Inc./nV (GNAL) | 10/24/17 | Warrant | $351,000.00 | | | 283,140 | Exercise price: 1.25/share |
| | | 11/1/17 | Warrant | $199,000.00 | | | 166,860 | Exercise Price: $1.00/share |
| 73 | Spyr, Inc. (SPYR) | 4/20/18 | Warrant | | | | 200,000 | Exercise Price: $.375/share |
| 74 | STWC Holdings, Inc. (STWC) | 6/18/19 | Note | $150,000.00 | 10% | | | |
| 75 | Success Entertainment Group International, Inc. (SEGN) | 9/5/19 | Note | $75,000.00 | 5% | | | |
| | | 7/7/20 | Note | $112,000.00 | 6% | | | |
| 76 | Tauriga Sciences, Inc. (TAUG) | 5/18/20 | Note | $88,333.00 | 8% | | | |
| 77 | Tego Cyber, Inc. (TGCB) | 12/28/20 | Note | $120,000.00 | 8% | | | |
| 78 | That Marketing Solution, Inc. | 3/20/15 | Note | $137,500.00 | | | | |
| 79 | Touchpoint Group Holdings, Inc. (OHGI, TGHI) | 6/2/20 | Note | $145,000.00 | 10% | | | |
| | | 6/15/20 | Note | $145,000.00 | 10% | | | |
| | | 2/5/21 | Note | $100,000.00 | 10% | | | |
| 80 | TPT Global Tech, Inc. (TPTW) | 10/6/21 | Note | $1,087,000.00 | 10% | | | |
| 81 | Two Hands Corp. (TWOH) | 3/1/19 | Note | $200,000.00 | 7% | | | |
| | | 3/1/19 | Warrant | | | | 1,000,000 | Exercise Price: $.20/share |
| | | As of Mar. 2020 | Conversion | | | $219,816.00 | 3,032,600 | Aggregate |
| | | 4/14/20 | Share Issuance | | | | 2,000,000 | |
| 82 | Ubiquity, Inc. | 3/17/15 | Note | $140,250.00 | 1% | | | |
| 83 | Virtual Crypto Technologies, Inc. (VBIX) | 7/7/16 | Note | $100,000.00 | 8% | | | |
| 84 | Virtus Oil & Gas Corp. | 12/30/15 | Note | $58,000.00 | 8% | | | |
| 85 | Vision Hydrogen Corporation (HCCC) | 10/18/19 | Note | $110,000.00 | 8% | | | Convertible Price: 10.00/share |
| 86 | Visium Technologies, Inc. (VISM) | 12/28/18 | Note | $150,000.00 | 8% | | | |
| | | 12/28/18 | Warrant | | | | 250,000 | Exercise Price: $.15/share |
| | | 3/31/21 | Conversion | | | $14,725.00 | 49,000,000 | Conversion Price: 0.0003 |
| 87 | Vystar Corp | 2/13/18 | Note | $76,500.00 | 5% | | | |
| 88 | Westmountain Co. | 11/8/18 | Note | $222,222.00 | 8% | | | |
| | | 11/8/18 | Warrant | | | | 555,555 | Exercise Price: $.40/share |
| 89 | Xtreme Fighting Championships, Inc. (DKMR) | 11/2/20 | Note | $550,000.00 | 10% | | | Convertible Price: 0.20 |

| # | Issuer | Date | Transaction Type | Principal Amount | Interest Rate | Amount Converted | Shares Converted/ Warrant Shares | Notes |
|---|--------|------|------------------|------------------|---------------|------------------|----------------------------------|-------|
|   | **Totals** |   |   | **$34,777,433.06** |   | **$1,419,071.00** | **1,001,396,742** |   |

| | **EDGAR Link** | | | | |
|---|---|---|---|---|---|
| | | | | | |