# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

DARKPULSE, INC.                                    Plaintiff,

                                                                    Case No. 1:21-cv-11222

                          **-v-**

FIRSTFIRE GLOBAL OPPORTUNITIES                     **Rule 7.1 Statement**
FUND, LLC and ELI FIREMAN

                                                       .
                                                   Defendant.

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

DARKPULSE, INC.                                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no corporate parents, affiliates, or subsidiaries of said party that are publicly held.

**Date:** 12/31/2021

                                                   _____
                                                   **Signature of Attorney**

                                                   **Attorney Bar Code:** _____