AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| DARKPULSE, INC. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-11222 |
| FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff DarkPulse, Inc.

Date:  January 4, 2022

*Attorney's signature*

Eric J. Benzenberg
*Printed name and bar number*
The Basile Law Firm, P.C.
390 N. Broadway, Suite 140
Jericho, NY 11753

*Address*

eric@thebasilelawfirm.com
*E-mail address*

(516) 455-1500
*Telephone number*

(631) 498-0478
*FAX number*