AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| _Plaintiff_ | ) |
| v. | ) Case No. |
| FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC and ELI FIREMAN | ) |
| _Defendant_ | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____          _____
                                                                          *Attorney's signature*

                                                            _____
                                                                          *Printed name and bar number*

                                                            _____
                                                                          *Address*

                                                            _____
                                                                          *E-mail address*

                                                            _____
                                                                          *Telephone number*

                                                            _____
                                                                          *FAX number*