UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARKPULSE, INC.,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC and ELI FIREMAN,<br><br>　　　　　　　Defendants. | Case No. 1:21-cv-11222-ER<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned respectfully enters his appearance as counsel of record in the above-captioned action for Defendants FirstFire Global Opportunities Fund, LLC and Eli Fireman and requests that all subsequent papers be served upon him at the address indicated below.

Dated: New York, New York
　　　　January 14, 2022

　　　　　　　　　　　　　　　　　　*/s/ Aaron Marks*
　　　　　　　　　　　　　　　　　　Aaron Marks, P.C.
　　　　　　　　　　　　　　　　　　Kirkland & Ellis LLP
　　　　　　　　　　　　　　　　　　601 Lexington Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　Telephone:　(212) 446-4800
　　　　　　　　　　　　　　　　　　Facsimile:　(212) 446-4900
　　　　　　　　　　　　　　　　　　aaron.marks@kirkland.com

　　　　　　　　　　　　　　　　　　*Counsel for Defendants*