UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARKPULSE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC and ELI FIREMAN, <br><br> Defendants. | Case No. 1:21-cv-11222-ER <br><br> ECF Case <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned respectfully enters his appearance as counsel of record in the above-captioned action for Defendants FirstFire Global Opportunities Fund, LLC and Eli Fireman and requests that all subsequent papers be served upon him at the address indicated below.

Dated: New York, New York
       January 14, 2022

/s/ Byron Pacheco
Byron Pacheco
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
byron.pacheco@kirkland.com

*Counsel for Defendants*