UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARKPULSE, INC.,<br><br>     Plaintiff,<br><br>vs.<br><br>FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC and ELI FIREMAN,<br><br>     Defendants. | Case No. 1:21-cv-11222-ER<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned respectfully enters his appearance as counsel of record in the above-captioned action for Defendants FirstFire Global Opportunities Fund, LLC and Eli Fireman and requests that all subsequent papers be served upon him at the address indicated below.

Dated: New York, New York
   January 14, 2022

            */s/ Julia Harper*
            Julia Harper
            Kirkland & Ellis LLP
            601 Lexington Avenue
            New York, New York 10022
            Telephone: (212) 446-4800
            Facsimile: (212) 446-4900
            julia.harper@kirkland.com

            *Counsel for Defendants*