**Exhibit A**

Historical Data

# DarkPulse, Inc. (DPLS)
Other OTC - Other OTC Delayed Price. Currency in USD

☆ Add to watchlist

Quote Lookup

## 0.0460  -0.0058  (-11.20%)
At close: January 14 03:59PM EST

| Summary | Company Outlook | Chart | Conversations | Statistics | **Historical Data** | Profile | Financials | Analysis | Options | Holders | Sustainability |

Finance Home | Watchlists | My Portfolio | Cryptocurrencies | Yahoo Finance Plus | Screeners | Markets | ... | y!finance+ | Try it free

Time Period: Jan 09, 2022 - Jan 16, 2022 ⌄     Show: Historical Prices ⌄     Frequency: Daily ⌄

Apply

Currency in USD                                                          ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jan 14, 2022 | 0.0509 | 0.0519 | 0.0420 | 0.0460 | 0.0460 | 89,943,435 |
| Jan 13, 2022 | 0.0531 | 0.0548 | 0.0503 | 0.0518 | 0.0518 | 33,846,106 |
| Jan 12, 2022 | 0.0594 | 0.0599 | 0.0511 | 0.0548 | 0.0548 | 46,470,422 |
| Jan 11, 2022 | 0.0595 | 0.0610 | 0.0578 | 0.0590 | 0.0590 | 16,241,285 |
| Jan 10, 2022 | 0.0630 | 0.0640 | 0.0585 | 0.0596 | 0.0596 | 9,651,458 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.



**MD: If You Have Dark Spots, Do This Immediately (It's Genius!)**



### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **GTLL** | 0.0017 | 0.0000 | 0.00% |
| Global Technologies, Ltd. | | | |
| **WDLF** | 0.0023 | +0.0001 | +4.55% |
| Social Life Network, Inc. | | | |
| **CYBL** | 0.0210 | -0.0016 | -7.08% |
| Cyberlux Corporation | | | |



**AITX** 0.0211 -0.0009 -4.09%
Artificial Intelligence Technology Solutions…

**OZSC** 0.0332 -0.0002 -0.48%
Ozop Energy Solutions, Inc.

**Financials** ›

**Annual** Quarterly                Revenue    Earnings



**Recommendation Trends** ›



Strong Buy
Buy
Hold
Underperform
Sell

**Company Profile** ›

1345 Avenue of the
Americas
2nd Floor
New York, NY 10105
United States
800 436 1436
https://www.darkpulse.com
Sector(s): **Technology**
Industry: **Software—Application**
Full Time Employees:

DarkPulse, Inc., a technology-security company,
develops, markets, and distributes a suite of
engineering, installation, and security
management solutions to industries and
governments. The company develops patented
BOTDA dark-pulse sensor technology that allows a
data stream of critical metrics for assessing the
health and security of their infrastructure. It offers
two security platforms, Fiber and Ultra-High
Sensitivity Sensors. The company intends to
deliver security and monitoring systems in
applications for border security, pipelines, the oil
and gas industry, and mine safety. It has an
agreement with the university of Arizona to

develop intelligent rock bolt for changing mining conditions. The company was incorporated in 1989 and is based in New York, New York.

More about DarkPulse, Inc.

Advertise with us

Data Disclaimer  Help  Suggestions
Privacy Dashboard
Privacy (Updated)  About Our Ads  Terms (Updated)  Sitemap

© 2022 Yahoo. All rights reserved.