**Exhibit B**

Market Capital Spreadsheet

**Darkpulse, Inc.**

| Date | Open | Close | Volume | Volume Difference | Close Difference | Market Capital | Market Capital Gain/Loss |
|------|------|-------|--------|-------------------|------------------|----------------|--------------------------|
| 1/12/22 | 0.0594 | 0.0460 | 46,470,422 | | | 2,137,639.41 | |
| 1/13/22 | 0.0531 | 0.0518 | 33,846,106 | (12,624,316) | 0.0058 | 1,753,228.29 | 384,411.12 |
| 1/14/22 | 0.0509 | 0.0548 | 89,943,435 | 56,097,329 | -0.0022 | 4,928,900.24 | (3,175,671.95) |