# EXHIBIT E

| | |
|---|---|
| **From:** | Eli Fireman <eli@firstfirecap.com> |
| **Sent:** | Monday, November 29, 2021 12:46 PM |
| **To:** | Perechocky, David L. |
| **Subject:** | Fwd: DI Share Issuance |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |



> This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.

---------- Forwarded message ---------
From: **Eli Fireman** <eli@firstfirecap.com>
Date: Tue, Nov 23, 2021 at 2:44 PM
Subject: Re: DI Share Issuance
To: Dennis O'Leary <doleary@darkpulse.com>


That's perfect for me. I am open all day.
Have a great evening,

On Tue, Nov 23, 2021 at 2:41 PM Dennis O'Leary <doleary@darkpulse.com> wrote:
> Ok again AM works if that's good for you
>
> On Tue, Nov 23, 2021 at 5:36 PM Eli Fireman <eli@firstfirecap.com> wrote:
>> Seems like there may be some confusion here.
>> Call me to discuss whenever you have time,
>>
>>
>> On Tue, Nov 23, 2021 at 2:27 PM Dennis O'Leary <doleary@darkpulse.com> wrote:
>>> I have the conversion copy. We agreed together to hold the S1 since the company had just filed s3 as to avoid confusion. You converted at .005 after we agreed on holding the S1. If this is an error please notify Amy.
>>> I'm open early AM tomorrow
>>> Thanks
>>> D
>>>
>>> On Tue, Nov 23, 2021 at 5:10 PM Eli Fireman <eli@firstfirecap.com> wrote:
>>>> Sure, I am available anytime.
>>>> Much appreciated,
>>>>
>>>>
>>>> On Tue, Nov 23, 2021 at 2:07 PM Dennis O'Leary <doleary@darkpulse.com> wrote:
>>>>> I can set time aside tomorrow morning if that works. Thanks
>>>>> On Tue, Nov 23, 2021 at 5:04 PM Eli Fireman <eli@firstfirecap.com> wrote:
>>>>>> Are you available now to discuss?

1

Best,

On Tue, Nov 23, 2021 at 2:00 PM Dennis O'Leary <doleary@darkpulse.com> wrote:
> Hey Eli,
> We never agreed to the SP adjustment after agreeing not having to file the S1
> I'm confused
> D

On Tue, Nov 23, 2021 at 4:51 PM Eli Fireman <eli@firstfirecap.com> wrote:
> Hey Dennis,
> Hope you had a safe trip home after the amazing event.
> I believe it was sent to you around the 15th. I have attached it again for your convenience.
> If we don't talk, have a relaxing Thanksgiving Holiday!

On Tue, Nov 23, 2021 at 1:35 PM Dennis O'Leary <doleary@darkpulse.com> wrote:
> Hi Eli,
> Please send us a copy of the conversation
> Thanks - dennis
>
> ---------- Forwarded message ---------
> From: **Brian Higley, Esq.** <brian@businesslegaladvisor.com>
> Date: Tue, Nov 23, 2021 at 4:32 PM
> Subject: DI Share Issuance
> To: Dennis O'Leary <doleary@darkpulse.com>
>
>
> Dennis,
>
> The control log says that, on November 17, 2021, the Company issued 177,375,000 to FirstFire. Was this a note conversion? If so, can you please forward to me the conversion documents? I need it for the S-1. Thanks!
>
>
> Kind regards,
>
> **Brian Higley, Esq.**
>
>
>
> *President*
> (801) 634-1984
> www.businesslegaladvisor.com
>
> This message and any attachments have been sent by a lawyer and may contain confidential and privileged information. This email and any associated files transmitted with it are confidential and intended solely for the above named addressees. If you are not the named addressee do not disseminate, distribute, copy, or alter this email. Please notify BUSINESS LEGAL ADVISORS, LLC by telephone at (801) 634-1984 or please reply to advise sender of the error and then immediately delete this message. You will be reimbursed for any reasonable costs. IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting,

marketing, or recommending to another party any transaction or matter addressed in this communication (or in any attachment).
--
Dennis M O'Leary
Chairman, CEO, CFO
DarkPulse Inc
T: 800.436.1436
D: 212.256.1086

--

Eli Fireman
**Managing Member**
FirstFire Capital
Direct: 212-317-5992
Office: 212-317-5970

CONFIDENTIALITY STATEMENT:

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email. In addition, this firm does not accept service of papers by email or facsimile transmission.

--
Dennis M O'Leary
Chairman, CEO, CFO
DarkPulse Inc
T: 800.436.1436
D: 212.256.1086

--

Eli Fireman
**Managing Member**
FirstFire Capital
Direct: 212-317-5992
Office: 212-317-5970

CONFIDENTIALITY STATEMENT:

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email. In addition, this firm does not accept service of papers by email or facsimile transmission.

--

Dennis M O'Leary
Chairman, CEO, CFO
DarkPulse Inc
T: 800.436.1436
D: 212.256.1086

--

Eli Fireman
Managing Member
FirstFire Capital
Direct: 212-317-5992
Office: 212-317-5970

CONFIDENTIALITY STATEMENT:

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email. In addition, this firm does not accept service of papers by email or facsimile transmission.

--

Dennis M O'Leary
Chairman, CEO, CFO
DarkPulse Inc
T: 800.436.1436
D: 212.256.1086

--

Eli Fireman
**Managing Member**
FirstFire Capital
Direct: 212-317-5992
Office: 212-317-5970

CONFIDENTIALITY STATEMENT:

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email. In addition, this firm does not accept service of papers by email or facsimile transmission.

--
Dennis M O'Leary
Chairman, CEO, CFO
DarkPulse Inc
T: 800.436.1436
D: 212.256.1086

--

Eli Fireman
**Managing Member**
FirstFire Capital
Direct: 212-317-5992
Office: 212-317-5970

CONFIDENTIALITY STATEMENT:

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email. In addition, this firm does not accept service of papers by email or facsimile transmission.

--


Eli Fireman
Managing Member
FirstFire Capital
Direct: 212-317-5992
Office: 212-317-5970



CONFIDENTIALITY STATEMENT:

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email. In addition, this firm does not accept service of papers by email or facsimile transmission.