# EXHIBIT F

| | |
|---|---|
| **From:** | Eli Fireman <eli@firstfirecap.com> |
| **Sent:** | Monday, November 29, 2021 12:46 PM |
| **To:** | Perechocky, David L. |
| **Subject:** | Fwd: Per our phone conversation |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

 > This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.

---------- Forwarded message ---------
From: **Dennis O'Leary** <doleary@darkpulse.com>
Date: Mon, Nov 29, 2021 at 4:41 AM
Subject: Per our phone conversation
To: Eli Fireman <eli@firstfirecap.com>, The Basile Law Firm, P.C. <mark@thebasilelawfirm.com>


Hi Eli,
Per our discussion. Both myself and the company maintain that no additional shares were/are owed per the note agreement. We are requesting you return the shares you received over and above the original note amount.
Thank you again
Dennis
--
Dennis M O'Leary
Chairman, CEO, CFO
DarkPulse Inc
T: 800.436.1436
D: 212.256.1086



--




Eli Fireman
Managing Member
FirstFire Capital
Direct: 212-317-5992
Office: 212-317-5970



CONFIDENTIALITY STATEMENT:

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy any printed version and delete this email. In addition, this firm does not accept service of papers by email or facsimile transmission.