UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARKPULSE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC and ELI FIREMAN <br><br> Defendants. | Index No. 1:21-cv-11222 (ER) |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant FirstFire Global Opportunities Fund, LLC hereby discloses that it does not have any parents, affiliates, and/or subsidiaries which are publicly held, and no publicly held corporation owns ten percent or more of its stock.

Dated:  January 19, 2022

/s/ *Aaron H. Marks*

Aaron H. Marks, P.C.
Byron Pacheco
Julia D. Harper
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

*Attorneys for Defendants*