# EXHIBIT J





## Franchise Tax Account Status
As of : 05/26/2022 10:54:46

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

|  | **DARKPULSE, INC** |
|---|---|
| Texas Taxpayer Number | 32083312580 |
| Mailing Address | 1345 AVENUE OF THE AMERICAS FL 2 NEW YORK, NY 10105-0008 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 02/22/2022 |
| Texas SOS File Number | 0804443058 |
| Registered Agent Name | KENNETH DAVIDSON |
| Registered Office Street Address | 13814 OAKDALE GLEN TRACE CYPRESS, TX 77429 |