# EXHIBIT K

# NAME RESERVATION

## ENTITY INFORMATION

**Reserved Name**

DarkPulse

## APPLICANT INFORMATION

| Name | Address |
|------|---------|
| Dennis Oleary | 10923 E Sutherland Way , SCOTTSDALE, AZ 85262 |

## SIGNATURE

Dennis OLeary - 02/08/2021