# EXHIBIT L

# Department of State
## Division of Corporations

Entity Search Results

A total of 2 entities were found. If the entity name you are searching is not displayed please refine the search.

Search

| Name | DOS ID # | Assumed Name ID # | Status | Entity Type | Date of First Filing | County |
|---|---|---|---|---|---|---|
| DARKPULSE TECHNOLOGIES INTERNATIONAL INC | 5198336 | | Active | DOMESTIC BUSINESS CORPORATION | 09/07/2017 | New York |
| DARKPULSE TECHNOLOGY HOLDINGS INC | 5165601 | | Active | DOMESTIC BUSINESS CORPORATION | 07/06/2017 | New York |

Rows per page: 5   1-2 of 2

Return to Search