# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Aaron Marks, P.C.
To Call Writer Directly:
+1 212 446 4856
aaron.marks@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

May 26, 2022

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Room 619
New York, NY 10007

Re:   *DarkPulse, Inc. v. FirstFire Global Opportunities Fund, LLC, et al.*, Case No. 1:21-cv-11222 (ER)

Dear Judge Ramos:

We represent Defendants FirstFire Global Opportunities Fund, LLC ("FirstFire") and Eli Fireman (collectively, "Defendants") in the above-captioned matter. Pursuant to Your Honor's Individual Practices Rule 2(D), Defendants respectfully request oral argument on Defendants' Motion to Dismiss the First Amended Complaint filed herewith (Dkt. Nos. 30-32) on a date and at a time designated by the Court.

Respectfully submitted,

*/s/ Aaron H. Marks*
Aaron H. Marks, P.C.

CC:  All Counsel of Record via ECF