# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

| | 601 Lexington Avenue<br>New York, NY 10022<br>United States | |
|---|---|---|
| Aaron Marks, P.C.<br>To Call Writer Directly:<br>+1 212 446 4856<br>aaron.marks@kirkland.com | +1 212 446 4800<br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

June 20, 2022

The Honorable Edgardo Ramos
U.S. District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re: *DarkPulse, Inc. v. FirstFire Global Opportunities Fund, LLC et al.*,
       Case No. 1:21-cv-11222-ER

Dear Judge Ramos:

  I write on behalf of Defendants FirstFire Global Opportunities Fund, LLC and Eli Fireman (collectively, "Defendants"), and with the consent of counsel for Plaintiff DarkPulse, Inc. ("Plaintiff"). Pursuant to Your Honor's Individual Practices, we write respectfully to request a brief, seven-day extension to file Defendants' reply in further support of their motion to dismiss (the "Reply"). Defendants make this request to accommodate scheduling conflicts in counsel's matters. The original date to file the Reply was June 23. Defendants have not made any previous requests to extend the deadline, and Plaintiff consents to this request. Defendants request that they be permitted to file the Reply on June 30.

  We thank the Court for its consideration of this matter.

                Respectfully submitted,

                */s/ Aaron H. Marks*
                Aaron H. Marks, P.C.
                *Counsel for Defendants FirstFire Global*
                *Opportunities Fund, LLC & Eli Fireman*

CC: All Counsel of Record via ECF