**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

Aaron Marks, P.C.
To Call Writer Directly:
+1 212 446 4856
aaron.marks@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

September 29, 2022

The Honorable Edgardo Ramos
U.S. District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re: *DarkPulse, Inc. v. FirstFire Global Opportunities Fund, LLC et al.*,
      Case No. 1:21-cv-11222-ER

Dear Judge Ramos:

  We represent Defendants FirstFire Global Opportunities Fund, LLC and Eli Fireman ("Defendants") in connection with the above-referenced action. We write to respectfully submit the below supplemental authority regarding Section 29(b), 15 U.S.C. § 78cc(b), for your consideration in connection with Defendants' Motion to Dismiss the First Amended Complaint (Dkt. Nos. 30–33, 37–38).

- *EMA Financial, LLC v. AppTech Corp.*, 2022 WL 4237144, at *6–7 (S.D.N.Y. Sept. 13, 2022) ("A party cannot enjoy the benefits of a contract and then relieve itself of any obligations under that contract on the sole basis that its counterparty engages in business as a broker-dealer and should have registered with the SEC.")

KIRKLAND & ELLIS LLP

Hon. Edgardo Ramos
September 29, 2022
Page 2

Respectfully submitted,

Aaron Marks, P.C.

*Counsel for Defendants FirstFire Global Opportunities Fund, LLC & Eli Fireman*