# MEMO ENDORSED

## KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue |  |
|---|---|---|
| Aaron Marks, P.C. | New York, NY 10022 |  |
| To Call Writer Directly: | United States | Facsimile: |
| +1 212 446 4856 | +1 212 446 4800 | +1 212 446 4900 |
| aaron.marks@kirkland.com |  |  |
|  | www.kirkland.com |  |

January 20, 2023

> Defendants' motion to reopen this case and for leave to file a motion for attorney's fees is granted. In the event this Court's January 17, 2023 Order is affirmed, Defendants may file the motion within two weeks after the Second Circuit issues its mandate. Plaintiff will have two weeks after Defendants file the motion to file an opposition. IT IS SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: January 23, 2023
> New York, New York

**VIA ECF**
The Honorable Edgardo Ramos
U.S. District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *DarkPulse, Inc. v. FirstFire Global Opportunities Fund, LLC et al.*,
Case No. 1:21-cv-11222-ER

Dear Judge Ramos:

I write on behalf of Defendants FirstFire Global Opportunities Fund, LLC ("FirstFire") and Eli Fireman (collectively, "Defendants"), in the above-captioned action, to request that the Court re-open this action for the limited purpose of addressing whether Defendants are entitled to attorney's fees from Plaintiff DarkPulse, Inc. ("DPLS") and that the Court grant Defendants an extension of time to file their motion for attorney's fees.

On January 17, 2023, the Court granted Defendants' May 26, 2022 motion to dismiss Plaintiff's First Amended Complaint (Dkt. Nos. 30, 31, 37), entered judgment for Defendants, and closed this action. (Dkt. Nos. 41, 42.) Defendants now intend to submit a motion seeking attorney's fees pursuant to the convertible notes issued by DPLS to FirstFire in September 2018 and April 2021, as amended (the "Notes"), as the Notes specifically state: "[t]he prevailing party shall be entitled to recover from the other party its reasonable attorney's fees and costs."

Pursuant to Fed. R. Civ. P. 54(d)(2)(B)(i), Defendants' motion for attorney's fees is due to be filed 14 days after judgment has been entered, which is January 31, 2023. Defendants therefore request that the above-captioned action be restored to the Court's active calendar, so that Defendants may file their motion for attorneys' fees. Defendants further request that the Court grant them an extension until February 20, 2023 to file their motion for attorney's fees.

We thank the Court for its consideration of this request.

## KIRKLAND & ELLIS LLP

Hon. Edgardo Ramos
January 20, 2023
Page 2

                                                        Respectfully submitted,

                                                        */s/ Aaron H. Marks*

                                                          Aaron H. Marks, P.C.
                                                          *Counsel for Defendants FirstFire Global*
                                                           *Opportunities Fund, LLC & Eli Fireman*

CC:  All Counsel of Record (via ECF)